# United States Bankruptcy Court
## Western District of Missouri

In re **Shawn T Woods**
Debtor(s)

Case No.
Chapter **7**

## STATEMENT OF CHAPTER 7 BUSINESS OPERATIONS

In a Chapter 7 case in which the debtor is operating a business at the time of filing, the following information is required:

(1) Chief Operating Officer or other contact person

,
Type Name and Title

(2) Address of Business

,
,
Type Street, City, State and Zip Code

(3) Telephone Number(s) where Chief Operating Officer or other contact person can be reached

Type Telephone Number(s)

(4) Business no longer in operation ____.

**/s/ Shawn T Woods**
**Shawn T Woods**
Signature

cc: U.S. Trustee