**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **12−45052−jwv7**

## UNITED STATES BANKRUPTCY COURT
### *WESTERN DISTRICT of MISSOURI*

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/12/12 . You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. *Creditors−Do not file this notice in connection with any proof of claim you submit to the court.*

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shawn T Woods
903 SE Willow Place
Blue Springs, MO 64014

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 12−45052−jwv7 | xxx−xx−7032 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Ronald S. Weiss<br>Berman DeLeve Kuchan & Chapman<br>1100 Main Street<br>Suite 2850<br>Kansas City, MO 64105<br>Telephone number: 816−471−5900 | Erlene W. Krigel<br>Krigel & Krigel, P.C.<br>4550 Belleview<br>Kansas City, MO 64111<br>Telephone number: 816−756−5800 |

### Meeting of Creditors
Date: **January 16, 2013**          Time: **10:30 AM**
Location: **Room 2110B, 400 East 9th Street, Kansas City, MO 64106**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 3/18/13**

### Deadline to Object to Exemptions:
30 days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list
or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Bankruptcy Clerk's Office:** www.mow.uscourts.gov<br><br>400 E. 9th Street, Room 1510<br>Kansas City, MO 64106<br>Telephone Number: 816−512−1800<br>VCIS Number toll free: 866−222−8029 | **For the Court:**<br>Court Executive:<br>Ann Thompson |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 12/13/12 |

The trustee may give notice at the meeting of his intent to abandon property unless objections are filed within 14 days.
Creditors with a security interest in the property must provide evidence of perfection to the trustee prior to this meeting.
Pursuant to 11 USC § 727 (a)(12), creditors and parties in interest seeking to delay or postpone debtor(s)' discharge on grounds that 11 USC § 522 (q)(1) may be applicable to debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC § 522 (q)(1)(A) or may be liable for a debt as described in 11 USC § 522 (q)(1)(B) must file a motion to delay or postpone such discharge prior to the last day to object to the discharge, as set out above. If hearing location is Kansas City, please call (816) 512−1800 menu item #6 for information regarding handicapped access.
**To obtain a claim form go to:** http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Current/B_010.pdf

**EXPLANATIONS** FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                               Western District of Missouri
In re:                                                               Case No. 12-45052-jwv
Shawn T Woods                                                        Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0866-4          User: admin                 Page 1 of 2                  Date Rcvd: Dec 13, 2012
                              Form ID: b9a               Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2012.
db           +Shawn T Woods,    903 SE Willow Place,    Blue Springs, MO 64014-5249
tr           +Erlene W. Krigel,    Krigel & Krigel, P.C.,    4550 Belleview,    Kansas City, MO 64111-3506
14640026     +Duggan Shadwick Doerr et al,     11040 Oakmont Street,    Overland Park KS 66210-1100
14640028     +John Deere Credit,     6400 NW 86th Street,   PO Box 6600,    Johnston IA 50131-6600
14640029     +Mid America Golf,     1621 SE Summit Street,    Lees Summit MO 64081-3291
14640031     +Star Drywall,    8320 Westridge Road,    Raytown MO 64138-2614
14640032     +Tom Woods,    1601 West Main Street,    Blue Springs MO 64015-3551
14640035     +Tonya Ernsting,    805 SE Willow Pl,    Blue Springs MO 64014-5250
14640036     +U.S. Bank,    7500 College Blvd. #660,    Overland Park KS 66210-4043
14640037     +United Bank & Trust,    502 Main Street,    Seneca KS 66538-1928
14640038     +Valley View Bank,     7500 West 95th Street,    Overland Park KS 66212-2297
14640039     +Wyandotte Clarke Limited Partnership,     8101 Mission Road, Unit 136,
               Prairie Village KS 66208-5281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: rweiss@bdkc.com Dec 13 2012 21:26:18      Ronald S. Weiss,
               Berman DeLeve Kuchan & Chapman,    1100 Main Street,    Suite 2850,    Kansas City, MO  64105
smg           E-mail/Text: ecfnotices@dor.mo.gov Dec 13 2012 21:27:20      Missouri Department of Revenue,
               General Counsel's Office,    PO Box 475,   Jefferson City, MO  65105-0475
14640025     +EDI: BANKAMER.COM Dec 13 2012 21:18:00      Bank of America,    PO Box 21848,
               Greensboro NC 27420-1848
14640030     +E-mail/Text: ecfnotices@dor.mo.gov Dec 13 2012 21:27:20      Missouri Dept of Revenue,
               301 West High Street,    Jefferson City MO 65101-1517
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14640024      Arvest Bank/Union Bank
14640027      Internal Revenue Service
14640034      Tom Woods
14640033      Tom Woods,    McCray Lumber
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 15, 2012**               **Signature:**     *Joseph Speetjens*

```
District/off: 0866-4          User: admin              Page 2 of 2              Date Rcvd: Dec 13, 2012
                              Form ID: b9a             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2012 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0