MOW 1007-1.2 (05/07)

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE )
)
**Shawn T Woods** ) Case No.
)
)
Debtors. )

## DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS

I, __Shawn T Woods__ , hereby state and declare under penalty of perjury that (check the box that applies):

☒ I received no payment from any employer for the 60 days prior to filing the petition.

☐ I received no payment from any employer from ____ to ____ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

☐ I was self-employed. Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

/s/ Shawn T Woods
**Shawn T Woods**
Name of Debtor

Instructions: File as a separate document on the date the voluntary petition is filed.
ECF Event: Bankruptcy>Other>Debtor Evidence of No Employer Payments.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy