# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Shawn T. Woods | ) | Case No. 12-45052 |
| | ) | |
| *Debtor* | ) | Chapter: 7 |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Susan P. DeCoursey of Cohen, McNeile & Pappas P.C., and hereby enters their appearance on behalf of McCray Lumber Company, a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon McCray Lumber Company, should be served on its attorney, Susan P. DeCoursey, of Cohen, McNeile & Pappas P.C., 4550 Belleview, Second Floor, Kansas City, Missouri 64111.

COHEN MCNEILE & PAPPAS P.C.

/s/ Susan P. DeCoursey
Susan DeCoursey    #40257
4550 Belleview, Second Floor
Kansas City, Missouri   64111
(913) 491-4050; Fax; (913) 491-3059
ATTORNEY FOR CREDITORS
MCCRAY LUMBER COMPANY

## CERTFICIATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this 01/15/2013, with the United States Bankruptcy Court for the Western District of Missouri, and shall be served on the parties via e-mail by the Court pursuant to CM/ECF.

/s/ Susan P. DeCoursey
Susan P. DeCoursey, MO 40257