# United States Bankruptcy Court
## Western District of Missouri

In re **Shawn T Woods**

Debtor(s)

Case No. **12-45052**
Chapter **7**

## VERIFICATION BY DEBTOR(S)

I/We, _, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the

- [x] Schedule(s) _B and C_ (A - J insert all that apply)
- [ ] Amended Schedule(s) _____ (A - J insert all that apply)
- [ ] Conversion Schedules _____ (A - J insert all that apply)
- [ ] Statement/Amended Statement of Financial Affairs
- [ ] Statement/Amended Statement of Intent
- [ ] Statement/Amended Statement of Current Monthly Income
- [ ] Matrix
- [ ] Amended Matrix
- [ ] Other _____ (describe)

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date: **January 16, 2013**

/s/ Shawn T Woods
**Shawn T Woods**
Signature of Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix.
Must be prepared as a separate document and must contain image of the debtor(s)' signature(s).
Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor