B6C (Official Form 6C) (4/10)

In re    Shawn T Woods
                                                                                Case No.    12-45052
                            Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| Cash on Hand | RSMo § 513.430.1(3) | 100.00 | 100.00 |
| Household goods and furnishings | RSMo § 513.430.1(1) | 2,263.00 | 2,263.00 |
| Wearing apparel | RSMo § 513.430.1(1) | 500.00 | 500.00 |
| Books pictures etc. | RSMo § 513.430.1(1) | 50.00 | 50.00 |
| Wedding ring | RSMo § 513.430.1(2) | 100.00 | 100.00 |
| Pershing Financial Co. | RSMo § 513.430.1(10)(f) | 500.00 | 500.00 |
| 2003 Ford Expedition jointly owned with spouse | RSMo § 513.430.1(5) | 3,000.00 | 9,500.00 |
| 2003 Ford Expedition - jointly owned with spouse | RSMo § 513.430.1(3) | 500.00 | 9,500.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Total:    7,013.00    22,513.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy