B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Western District of Missouri
Case No. **12–45052–can7**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shawn T Woods
   903 SE Willow Place
   Blue Springs, MO 64014

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7032

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                        BY THE COURT

Dated: 3/21/13                                              Cynthia A. Norton
                                                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Missouri
In re:                                                           Case No. 12-45052-can
Shawn T Woods                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0866-4          User: admin                 Page 1 of 2                   Date Rcvd: Mar 21, 2013
                              Form ID: b18                Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2013.
db            +Shawn T Woods,    903 SE Willow Place,    Blue Springs, MO 64014-5249
cr            +mccray lumber company,    c/o Cohen McNeile & Pappas, P.C.,    4550 Belleview,    Second Floor,
                Kansas City, MO 64111-3506
14640026      +Duggan Shadwick Doerr et al,    11040 Oakmont Street,    Overland Park KS 66210-1100
14640028      +John Deere Credit,    6400 NW 86th Street,    PO Box 6600,    Johnston IA 50131-6600
14665169       McCray Lumber Company,    c/o Cohen McNeile & Pappas, P.C.,    4550 Belleview, Second Floor,
                Kansas City, MO  64111
14640029      +Mid America Golf,    1621 SE Summit Street,    Lees Summit MO 64081-3291
14640031      +Star Drywall,    8320 Westridge Road,    Raytown MO 64138-2614
14640032      +Tom Woods,    1601 West Main Street,    Blue Springs MO 64015-3551
14640035      +Tonya Ernsting,    805 SE Willow Pl,    Blue Springs MO 64014-5250
14640036      +U.S. Bank,    7500 College Blvd. #660,    Overland Park KS 66210-4043
14640037      +United Bank & Trust,    502 Main Street,    Seneca KS 66538-1928
14640038      +Valley View Bank,    7500 West 95th Street,    Overland Park KS 66212-2297
14640039      +Wyandotte Clarke Limited Partnership,    8101 Mission Road, Unit 136,
                Prairie Village KS 66208-5281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: ecfnotices@dor.mo.gov Mar 21 2013 21:56:00     Missouri Department of Revenue,
                General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
14640025      +EDI: BANKAMER.COM Mar 21 2013 22:18:00     Bank of America,    PO Box 21848,
                Greensboro NC 27420-1848
14640030       E-mail/Text: ecfnotices@dor.mo.gov Mar 21 2013 21:56:00     Missouri Dept of Revenue,
                301 West High Street,    Jefferson City MO 65101-1517
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14640024      Arvest Bank/Union Bank
14640027      Internal Revenue Service
14640034      Tom Woods
14640033      Tom Woods,   McCray Lumber
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2013**            **Signature:** _Joseph Speetjens_

```
District/off: 0866-4          User: admin              Page 2 of 2                Date Rcvd: Mar 21, 2013
                              Form ID: b18             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2013 at the address(es) listed below:
        Erlene W. Krigel    ekrigel@krigelandkrigel.com, MO10@ecfcbis.com
        Ronald S. Weiss    on behalf of Debtor Shawn Woods rweiss@bdkc.com,
         jsaighman@bdkc.com;tstout@bdkc.com;jlollman@bdkc.com;kwilliams@bdkc.com
        Susan P. DeCoursey    on behalf of Creditor  mccray lumber company sdecoursey@cmplaw.net,
         jdavis@cmplaw.net;gpappas@cmplaw.net
                                                                                                                                    TOTAL: 3