## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SHAWN T. WOODS,** | ) | **Case No. 12-45052-can7** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |

### ENTRY OF APPEARANCE

COMES NOW Benjamin N. Hutnick, of Berman & Rabin, P.A., and hereby enters his appearance as attorney for Mid-America Golf and Landscape, Inc. ("Mid-Am"), a creditor in this bankruptcy action.  All notices and pleadings in regard to this proceeding should be directed to the undersigned at the address set forth below.

Respectfully submitted,


　__/s/Benjamin N. Hutnick_____
Benjamin N. Hutnick #63668
15280 Metcalf Avenue
Overland Park, Kansas 66223
(913)649-1555
(913)652-9474 Fax
bhutnick@bermanrabin.com
Attorney for Mid-America Golf & Landscape

## CERTIFICATE OF MAILING

I hereby certify that on March 29, 2013, a true and correct copy of the above and foregoing was sent to the following parties via first class U.S. mail:

Ronald S. Weiss
Berman DeLeve Kuchas & Chapman
1100 Main Street
Suite 2850
Kansas City, MO 64105
ATTORNEY FOR DEBTOR

Erlene W. Krigel
4550 Belleview Ave.,
Kansas City, Missouri 64111
BANKRUPTCY TRUSTEE

        /s/Benjamin N. Hutnick_____
        Attorney