## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHAWN T. WOODS ) | Case No.   12-45052-CAN7 |
| ) | |
| Debtor. ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER COMPELLING DEBTOR'S COMPLIANCE WITH LOCAL RULE 4002-1 AND 11 USC 521(3) AND (4) AND REQUEST FOR CANCELLATION OF HEARING

COMES NOW Erlene W. Krigel, the Trustee herein, by and through her attorneys, and withdraws her Motion for Order Compelling Debtor's Compliance with Local Rule 4002-1 and 11 USC 521(3) and (4), filed as Document No. 24 on August 21, 2013.

Respectfully Submitted,

KRIGEL & KRIGEL, P.C.

 /s/ Kelsey Patterson Nazar
Kelsey Patterson Nazar, Mo. Bar #57930
4550 Belleview
Kansas City, MO 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
knazar@krigelandkrigel.com
ATTORNEYS FOR TRUSTEE

### CERTIFICATE OF SERVICE

I certify that on September 3, 2013, a copy of the foregoing was mailed, electronically or by U. S. Mail, postage prepaid, to all parties requesting notice through the Court's ECF noticing system.

 /s/ Kelsey Patterson Nazar
Kelsey Patterson Nazar