## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SHAWN T. WOODS | )  Case No.  12-45052-CAN7 |
| | ) |
| Debtor. | ) |

### TRUSTEE'S MOTION FOR ORDER
### COMPELLING DEBTOR'S COMPLIANCE
### WITH LOCAL RULE 4002-1 AND 11 USC §521(a)(3) AND (4)

COMES NOW, Erlene W. Krigel, Trustee, by and through her attorneys, and moves the Court for its Order compelling the Debtor to comply with Local Bankruptcy Rule 4002-1 and 11 USC §521(a)(3) and (4). In support of her motion, the Trustee states as follows:

1. Debtor filed his Petition for relief on December 12, 2012. The meeting of creditors was held and adjourned on January 16, 2013.

2. At the meeting of creditors and since, the Trustee has asked the Debtor for copies of his 2012 federal and state filed tax returns as well as turnover of all non-exempt refunds, which are assets of the estate.

3. On or about September 3, 2013, the Debtor provided the Trustee with a copy of his filed extension for his 2012 income taxes and promised to provide the returns when filed and any non-exempt refunds when received.

4. The Debtor's deadline to file his 2012 income tax returns has passed, and the Debtor has not complied with the Trustee's requests.

5. On August 27, 2013, the Debtor emailed the Trustee's office to state that he believed that he was no longer obligated to turn over his 2012 tax returns. After this date, he also spoke with counsel for the Trustee and communicated this same message. Both times, the

Debtor was advised that he was obligated to provide the requested returns and to pay over any non-exempt refunds.

6. The Debtor has not complied.

7. The Debtor received his discharge on March 20, 2013. If the Debtor does not immediately cooperate with the Trustee, the Trustee will ask the Court to revoke Debtor's discharge.

8. The Trustee has incurred $750.00 in attorneys' fees in making the demands described above and in preparing this Motion and the previous motion and withdrawal. The Trustee requests that the Court order Debtor to pay the Trustee's attorneys' fees in the amount of $750.00.

WHEREFORE, the Trustee prays for an Order compelling Debtor to immediately provide to the Trustee any information requested by the Trustee pertaining to the estate, specifically turnover of the 2012 federal and state filed tax returns as well as turnover of all non-exempt refunds; for the Trustee's attorneys' fees in the amount of $750.00; and for such other and further relief as the Court may deem just.

    Respectfully submitted,

    /s/ Kelsey Patterson Nazar
    Kelsey Patterson Nazar, MO #57930
    4550 Belleview
    Kansas City, Missouri 64111
    TEL:(816)756-5800;
    FAX:(816)756-1999
    knazar@krigelandkrigel.com
    ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2014, a true and correct copy of the above Motion was mailed by U. S. Mail, postage prepaid to:

Shawn T. Woods
903 SE Willow Place
Blue Springs, MO 64014

and mailed or emailed to all persons requesting notice through the Court's ECF filing system and was emailed to the Office of the U. S. Trustee.

      /s/ Kelsey Patterson Nazar
      Kelsey Patterson Nazar